UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                              Chapter 13
                                                               Case No. 06-52317-R
Jaymon Field and Gwen Field,                                   Hon. Steven W. Rhodes

    Debtors
--------------------------------------------------------
Gary Boren (P31217)
Attorneys for Debtor(s)
2727 S Telegraph Road
Dearborn MI 48124
Telephone: 313.274.2999
--------------------------------------------------------

## MOTION TO SEVER OR SPLIT JOINT CASE

NOW COMES the Debtor, Jaymon Field, by and through counsel, Boren & Carey, P.C., and respectfully requests the Court to Sever his case in order to allow him to then convert his portion of the case to a case under Chapter 7. In support of this motion the Debtor states as follows:

1. Debtor, Jaymon Field, and Spouse Debtor, Gwen Field, voluntarily filed this case together under Chapter 13 on September 9, 2006.

2. At the time this case was filed, the Debtor and Spouse Debtor were married.

3. Since the filing of the bankruptcy, Debtor and Spouse Debtor have filed for and obtained a divorce.

4. As a result of the divorce the Debtor's financial circumstances have changed, and the Debtor would like to sever his case from his spouse.

5. The $274.00 filling fee to split a Joint Chapter 13 will be filed immediately.

WHEREFORE, the Debtor requests that this court enter an Order Severing his case from the above-styled and numbered case, so that he may commence his new life separate from the Spouse Debtor.

Respectfully submitted,

    */s/ Gary Boren*
GARY BOREN (P31217)
Attorneys for the Debtor
Boren & Carey, P.C.
2727 South Telegraph
Dearborn, MI 48124
(313) 274-2999
Ecf@borencarey.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                             Chapter 13
                                                           Case No. 06-52317-R

Jaymon Field and Gwen Field,                  Hon. Steven W. Rhodes

        Debtors
--------------------------------------------------------
Gary Boren (P31217)
Attorneys for Debtor(s)
2727 S Telegraph Road
Dearborn MI 48124
Telephone: 313.274.2999
--------------------------------------------------------

## ORDER SEVERING OR SPLITTING A JOINT CHAPTER 13 CASE
## INTO TWO SEPARATE CASES

       This matter having come before the Court on Motion of the Debtor to Sever or Split Joint Case; proper notice of the Motion having been given to all relevant parties; no response having been filed, or if a response was filed, all issues being resolved; and the court being fully advised in the premises;

**NOW THEREFORE:**

**IT IS HEREBY ORDERED:**

A.      That the above joint case is hereby severed or split into two separate cases.

B.      That this Order shall be entered on both the docket sheet in the above-captioned joint case, and on the docket sheet of the new and severed case. The date of the petition on the new and severed case of the Debtor shall be shown as the date the original joint petition was filed by the Debtor under the above-captioned case number.

In the Matter of:                                                      Chapter 13
                                                                      Case No. 06-52317-R

Jaymon Field and Gwen Field,                    Hon. Steven W. Rhodes

        Debtors

---------------------------------------------------------
Gary Boren (P31217)
Attorneys for Debtor(s)
2727 S Telegraph Road
Dearborn MI 48124
Telephone: 313.274.2999
---------------------------------------------------------

**NOTICE OF MOTION TO SEVER OR SPLIT CASE**

      The Debtor, Jaymon Field, has filed papers with the court to Sever or Split his Joint Chapter 13 case into two separate cases.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to [relief sought in a motion or objection], or if you want the court to consider your views on the Motion, within **15** days, you or your attorney must:

      1.      File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**, 211 W. Fort St., Detroit, MI 48226.

      If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

      You must also mail a copy to:

      Gary Boren, Attorney for the Debtor, Boren & Carey, P.C., 2727 S. Telegraph Rd., Dearborn, Michigan, 48124.

      2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

                                                       */s/ Gary Boren*
                                                       GARY BOREN (P31217)
                                                       Attorneys for the Debtor
                                                       Boren & Carey, P.C.
                                                       2727 South Telegraph
                                                       Dearborn, MI 48124
Dated:   7/1/09                                           (313) 274-2999
                                                       Ecf@borencarey.com

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

```
                      UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION - DETROIT
```

```
In Re: Jaymond Field                    Case No. 06-52317
and     Gwen Field                      Judge Rhodes
                                        Chapter 13


Gary Boren (P31217)
Christopher M. Carey (P51527)
BOREN & CAREY, P.C.
Attorneys for Debtor(s)
2727 S. Telegraph Road
Dearborn, MI 48124
(313) 274-2999
```

**PROOF OF SERVICE**

    I hereby swear under penalty of perjury that on the date indicated below, I served copies of the following:

1. **MOTION TO SEVER OR SPLIT JOINT CASE**

2. **ORDER SEVERING OR SPLITTING A JOINT CHAPTER 13 CASE INTO TOW SEPARATE CASE**

3. **NOTICE OF MOTION TO SEVER OR SPLIT CASE**

4. **PROOF OF SERVICE**

    Upon the Chapter 13 Trustee via ECF and upon the parties listed on the attached matrix and address below by first class U.S. mail fully prepaid postage affixed:

Krispen S. Carroll
Chapter 13 Trustee
719 Griswold Street
1100 Dime Building
Detroit, MI 48226

```
Date:7/1/09              /s/ Gary Boren
                         Gary Boren (P31217)
                         Christopher M. Carey (P51527)
                         BOREN & CAREY, P.C.
                         2727 S. Telegraph Road
                         Dearborn, MI 48076
                         313-274-2999
                         email: ecf@borencarey.com
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 06-52317-swr<br>Eastern District of Michigan<br>Detroit<br>Wed Jul  1 10:52:09 EDT 2009 | 24525 Harper Ave., Ste. 2<br>St. Clair Shores, MI 48080-1286 | AT & T<br>Bankruptcy<br>P.O. Box 57907<br>Salt Lake City, UT 84157-0907 |
| Aeroquip Credit Union<br>24525 Harper Ave., Ste. 2<br>St. Clair Shores, MI 48080-1286 | Aeroquip Credit Union<br>901 Plymouth<br>Jackson, MI 49201-2454 | Aeroquip Credit Union<br>c/o Butler, Butler & Rowse-Oberle PLLC<br>24525 Harper Ave. Ste. 2<br>St. Clair Shores, MI 48080-1286 |
| Gary B. Boren<br>2727 South Telegraph Road<br>Dearborn, MI 48124-3276 | Krispen S. Carroll<br>719 Griswold<br>1100 Dime Building<br>Detroit, MI 48226 | Citifinancial Retail Services<br>P.O. Box 8019<br>South Hackensack, NJ 07606-8019 |
| Collection Data Services<br>300 W. Louis Glick Hwy.<br>P.O. Box 877<br>Jackson, MI 49201-1228 | Consumers Energy<br>Bankruptcy Department<br>4600 Coolidge Hwy.<br>Royal Oak, MI 48073-1676 | Consumers Energy Company<br>Attn: MGWilson EP11-451<br>One Energy Plaza<br>Jackson, MI 49201-2357 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Tru<br>For Franklin Credit Trust Series 1<br>PO BOX 2301<br>Jersey City, NJ 07303-2301 | Gwen Elizabeth Field<br>138 E. Palmer<br>Jackson, MI 49203-4660 | Jaymon Patric Field<br>627 Ellery Ave<br>Jackson, MI 49202-3426 |
| Franklin Credit<br>6 Harrison St<br>New York, NY 10013-2883 | Franklin Credit Management<br>101 Hudson Street<br>25th Floor<br>Jersey City, NJ 07302-3984 | GEMB/Old Navy<br>P.O. Box 981400<br>El Paso, TX 79998-1400 |
| Brian L. Groen<br>Frey Building - Suite 150<br>300 Ottawa Avenue NW<br>Grand Rapids, MI 49503-2304 | Marguerite Hammerschmidt<br>117 W. 4th Street<br>Suite 201<br>Royal Oak, MI 48067-3848 | Jackson Citizen Patriot<br>214 S. Jackson St.<br>Jackson, MI 49201-2282 |
| Kimberly M. Lubinski<br>24525 Harper Avenue<br>Suite Two<br>St. Clair Shores, MI 48080-1286 | Professional Business Bureau<br>821 Greenwood<br>Jackson, MI 49203-1705 | Karen L. Rowse-Oberle<br>24525 Harper Ave.<br>Suite Two<br>St. Clair Shores, MI 48080-1286 |
| The CIT Group/Consumer Finance, Inc.<br>715 S. Metropolitan Avenue<br>Suite 150<br>Oklahoma City, OK 73108-2057 | The Cit Group/Consumer Finance, Inc.<br>715 S. Metrotpolitan Ave.<br>PO Box 24330<br>Oklahoma City, OK 73124-0330 | United States Trustee<br>211 West Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 |
| WA Foote Express Care Central<br>300 W. Louis Glick Hwy<br>Jackson, MI 49201-1228 | WFNNB - Lane Bryant Retail<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | eCAST Settlement Corporation assignee of<br>GE Money Bank/Old Navy<br>POB 35480<br>Newark NJ 07193-5480 |

End of Label Matrix  
Mailable recipients    29  
Bypassed recipients     0  
Total                  29